UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIO CANOY,

       Plaintiff,                             Civil Action No. 22-cv-10695
                                            HON. BERNARD A. FRIEDMAN
vs.                                        MAG. CURTIS IVY, JR.

STATE OF MICHIGAN, *et al.*

       Defendants.
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT, AND DENYING PLAINTIFF'S MOTION TO STRIKE THE MOTIONS TO DISMISS AS MOOT**

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s September 28, 2022 Report and Recommendation. (ECF No. 29). The report recommends that the Court (1) grant the Michigan State Police and the Detroit Police Department's separate motions to dismiss the amended complaint with prejudice, and (2) deny plaintiff Dario Canoy's motion to strike those dismissal motions as moot. (ECF Nos. 24-25, 27). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Curtis Ivy Jr.'s September 28, 2022 Report and Recommendation (ECF No. 29) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Michigan State Police and the Detroit Police Department's respective motions to dismiss the amended complaint (ECF Nos. 24-25) are granted *with prejudice*.

IT IS FURTHER ORDERED that Canoy's motion to strike the dismissal motions (ECF No. 27) is denied as moot. There are no remaining claims in this matter.

Dated: October 31, 2022　　　　　　s/Bernard A. Friedman
Detroit, Michigan　　　　　　　　　Bernard A. Friedman
　　　　　　　　　　　　　　　　　Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on October 31, 2022.

**Dario Canoy**　　　　　　　　　s/Johnetta M. Curry-Williams
12755 Kentucky Street　　　　　　Case Manager
Detroit, MI 48238